USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
IN CLERK'S OFFICE
2026 FEB 25 PM 1:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **PLAINTIFF** THOMAS GREVE | **COURT CASE NUMBER** 1:25-cv-13178-AK |
| **DEFENDANT** CREDIT ACCEPTANCE CORPORATION, et al. | **TYPE OF PROCESS** SUMMONS, COMPLAINT, ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HYUNDAI AMERICA TECHNICAL CENTER, INCORPORATED
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6800 GEDDES ROAD, SUPERIOR TOWNSHIP, MI 48198

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THOMAS GREVE
33 DOVER STREET
CRANSTON, RI 02920

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 401-449-3753
DATE: 1/29/26

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 39
District to Serve No. 39
Signature of Authorized USMS Deputy or Clerk
Date: 2/12/26

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Nicholas Sulla, OGC For Hyundai America

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 2/12/26
Time: 0931  ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00