**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF THOMAS GREVE | COURT CASE NUMBER 1:25-cv-13178-AK |
|---|---|
| DEFENDANT CREDIT ACCEPTANCE CORPORATION, et al. | TYPE OF PROCESS SUMMONS, COMPLAINT, ORDER |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RICHARD GRAVINA a/k/a RICHARD GRAVINA SR.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
68 LORING AVENUE, WEST DENNIS, MA 02670

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| THOMAS GREVE<br>33 DOVER STREET<br>CRANSTON, RI 02920 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE NOTE: There are two individuals, both named RICHARD GRAVINA, who have a father-son relationship and are named as individual defendants in this matter. Please serve this process upon RICHARD GRAVINA SENIOR (DOB: 05/10/1951).
ALTERNATE ADDRESS (BUSINESS): 153 CORPORATION ROAD, HYANNIS, MA 02601

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER 401-449-3753 | DATE 1/29/26 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 30 | District to Serve No. 30 | Signature of Authorized USMS Deputy or Clerk | Date 1/30/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Kristina Thimme Car salesperson | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (complete only different than shown above) | Date 2/17/26 | Time 12:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1 DUSM 1 HOUR miles / 2nd attempt 1 DUSM 1 HR 140 miles 153 Corporation RD HYANNIS
Property seems vacant/unplowed snow/unable to serve/no one present

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00