Case 1:25-cv-13178-AK

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THOMAS GREVE | 1:25-cv-13178-AK |
| DEFENDANT | TYPE OF PROCESS |
| CREDIT ACCEPTANCE CORPORATION, et al. | SUMMONS, COMPLAINT, ORDER |

2026 FEB 25 PM 1:46

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARY ELLEN GRAVINA, as Trustee of NIKO REALTY TRUST u/d/t dated January 19, 2017
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
68 LORING AVENUE, WEST DENNIS, MA 02670

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THOMAS GREVE
33 DOVER STREET
CRANSTON, RI 02920

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

2026 JAN 34 PM 1:22 U.S. MARSHALS SERVICE BOSTON, MA

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 401-449-3753
DATE: 1/29/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 78 | District to Serve No. 78 | Signature of Authorized USMS Deputy or Clerk | Date: 1/30/26 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kristina Thimme CCC salesperson

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/17/26  Time: 12:00 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1 DUSM 1 HOUR miles/2nd attempt 1 DUSM 1 HR 140 miles 153 Corporation RD HYANNIS No one present at address to accept service/property looks vacant

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00