| USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below. |
|---|

## U.S. Department of Justice
### United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THOMAS GREVE | 1:25-cv-13178-AK |
| DEFENDANT | TYPE OF PROCESS |
| CREDIT ACCEPTANCE CORPORATION, et al. | SUMMONS, COMPLAINT, ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WYNN'S EXTENDED CARE, INC.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
155 FEDERAL STREET, SUITE 700, BOSTON, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

THOMAS GREVE
33 DOVER STREET
CRANSTON, RI 02920

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

REGISTERED AGENT: C T CORPORATION SYSTEM, 155 FEDERAL STREET, SUITE 700, BOSTON, MA 02110

BUSINESS ADDRESS: 6303 WATERFORD DISTRICT DRIVE, SUITE 225, MIAMI, FL 33126

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 401-449-3753 | DATE 1/29/26 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 30 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/30/26 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Justin Phillips intake specialist

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

| Address *(complete only different than shown above)* | Date 2/20/26 | Time 10:30 | ☒ am ☐ pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1 DUSM 1 HOUR  1 mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00