**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **THOMAS GREVE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **1:25-cv-13178-AK** |
| | ) | |
| **CREDIT ACCCEPTANCE CORPORATION,** | ) | |
| **CAPE COD CARZ LLC, RICHARD GRAVINA** | ) | |
| **a/k/a RICHARD GRAVINA, SR., RICHARD C.** | ) | |
| **GRAVINA a/k/a RICHARD GRAVINA, JR.,** | ) | |
| **MARY ELLEN GRAVINA, as TRUSTEE of** | ) | |
| **NIKO REALTY TRUST, WYNN'S EXTENDED** | ) | |
| **CARE, INC., HYUNDAI MOTOR AMERICA,** | ) | |
| **HYUNDAI AMERICA TECHNICAL CENTER,** | ) | |
| **INC., HYUNDAI MOTOR MANUFACTURING** | ) | |
| **ALABAMA, LLC, BALISE MOTOR SALES** | ) | |
| **COMPANY, and CAPE HY, INC.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, Cape Cod Carz LLC, Richard Gravina

a/k/a Richard Gravina, Sr., Richard C. Gravina a/k/a Richard Gravina, Jr., and Mary Ellen Gravina, as

Trustee of Niko Realty Trust, in the above-captioned matter.

Respectfully Submitted,

DATED:  March 3, 2026

/s/ *Seth G. Roman*

_____

SETH G. ROMAN, ESQUIRE
BBO# 638700
La Tanzi, Spaulding & Landreth, LLP
20 West Road, P.O. Box 2300
Orleans, Massachusetts 02653
508-771-4210
sroman@latanzi.com

Certificate of Service

I, Seth G. Roman, hereby certify that this document was filed electronically through the ECF system on March 3, 2026, will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be mailed to non-registered participants as indicated on the NEF.

/s/ *Seth G. Roman*

_____

Seth G. Roman