**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **THOMAS GREVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:25-cv-13178-AK** |
| **CREDIT ACCEPTANCE CORPORATION,** | ) | |
| **et al.,** | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME FOR DEFENDANTS** |
| | ) | **TO RESPOND TO THE** |
| **Defendants.** | ) | **COMPLAINT** |

NOW COMES Defendant Hyundai America Technical Center, Inc., Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America by and through its attorneys, RoseWaldorf PLLC, and hereby requests an Order, granting Defendants' Motion for an Extension of Time to Respond to the Complaint, though and including March 31, 2026. In further support of the motion, Defendant states as follows:

1.      On or about October 30, 2025, Plaintiff commenced this action and filed the Complaint (*see* Doc No. 1).

2.      Plaintiff thereafter moved for an extension of time to serve the Complaint (*see* Doc No. 7). The Court granted Plaintiff's motion and issued a Notice to Plaintiff to provide necessary documents to proceed with service through the United States Marshal (*see* Doc No. 12).

3.      The Court issued summonses for the eleven (11) defendants on December 31, 2025 (*see* Doc No. 13).

4.      The undersigned's office has just been retained and is in the process of confirming representation of Defendants Hyundai Motor America ("HMA"), Hyundai America Technical Center, Inc. ("HATCI"), and Hyundai Motor Manufacturing Alabama, LLC ("HMMA")

("Hyundai Defendants") in this matter.  Upon information and belief, the US Marshal Service has recently served or is in the process of serving all defendants.

5.     In an effort to allow Hyundai Defendants' counsel to sufficient time to confirm representation, determine whether service of the complaint on each of the Hyundai Defendants has been made properly, and for Hyundai Defendants to answer, move to dismiss or otherwise respond to the Complaint, Hyundai Defendants seek an extension through and including March 31, 2026.[1]

6.     This is the first request for an extension.  Good cause exists for granting the instant motion as it will avoid piecemeal litigation and responses to the Complaint, coordinate efforts on behalf of the Hyundai Defendants, and serve the interests of judicial economy[2]

7.     Hyundai Defendants' counsel, pursuant to Local Rule 7.1, emailed Plaintiff on February 23, 2026 in an effort to confer in good faith to resolve or narrow the issue.  However, Hyundai Defendants have not receive a response.

WHEREFORE, Defendants Hyundai Motor America, Hyundai America Technical Center, Inc., and Hyundai Motor Manufacturing Alabama, LLC hereby request an extension of time to answer, move to dismiss or otherwise respond to the Complaint, through and including March 31, 2026, together with such other and further relief that this Court deems just and proper.

---

[1] The March 31, 2026 date coincides with the deadline for Plaintiff to complete service on the defendants pursuant to Plaintiff's motion for an extension (Doc No. 7) and the Court's order (Doc. No. 10).

[2] Hyundai Defendants appear for the limited purpose set forth herein and reserve all rights, including the right to contest jurisdiction and service.

Dated:  March 3, 2026

Respectfully submitted,

Defendants Hyundai Motor America, Hyundai America Technical Center, Inc., and Hyundai Motor Manufacturing Alabama, LLC
By their attorneys


 *s/ Joseph Muccio*
Mark W. Skanes, Esq. (BBO # 675638)
Joseph Muccio III, Esq. (BBO #706845)
ROSEWALDORF PLLC
501 New Karner Road
Albany, New York 12205
(518) 869-9200

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered on this date, March 3, 2026.

 *s/ Joseph Muccio*
Joseph Muccio III, Esq. (BBO #706845)

4