IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS GREVE

*Plaintiff(s)*

v.                                    Civil Action No. 1:25-cv-13178-AK

CREDIT ACCEPTANCE CORPORATION;
CAPE COD CARZ LLC; RICHARD GRAVINA;
a/k/a RICHARD GRAVINA, SR.; RICHARD C.
GRAVINA a/k/a RICHARD GRAVINA, JR.;
MARY ELLEN GRAVINA, as Trustee of NIKO
REALTY TRUST u/d/t dated January 19, 2017;
WYNN'S EXTENDED CARE, INC.; HYUNDAI
MOTOR AMERICA; HYUNDAI AMERICA
TECHNICAL CENTER, INCORPORATED;
HYUNDAI MOTOR MANUFACTURING
ALABAMA; BALISE MOTOR SALES
COMPANY; and CAPE HY, INC.

*Defendant(s)*

## DEFENDANTS, BALISE MOTOR SALES COMPANY AND CAPE HY, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME the Defendants, Balise Motor Sales Company and Cape Hy, Inc. and hereby deny each and every allegation of the Plaintiff's Complaint except as expressly admitted herein.

### I.   Introduction

1. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one (1) and call upon the Plaintiff to prove the same.

2. The allegations of paragraph two (2) are denied.

### II.   Parties

3. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three (3) and call upon the Plaintiff to prove the same.

4. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph four (4) and call upon the Plaintiff to prove the same.

1

5. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph five (5) and call upon the Plaintiff to prove the same.

6. The allegations of paragraph six (6) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

7. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seven (7) and call upon the Plaintiff to prove the same.

8. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eight (8) and call upon the Plaintiff to prove the same.

9. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph nine (9) and call upon the Plaintiff to prove the same.

10. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ten (10) and call upon the Plaintiff to prove the same.

11. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eleven (11) and call upon the Plaintiff to prove the same.

12. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twelve (12) and call upon the Plaintiff to prove the same.

13. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirteen (13) and call upon the Plaintiff to prove the same.

14. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph fourteen (14) and call upon the Plaintiff to prove the same.

15. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph fifteen (15) and call upon the Plaintiff to prove the same.

16. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixteen (16) and call upon the Plaintiff to prove the same.

17. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventeen (17) and call upon the Plaintiff to prove the same.

2

18. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighteen (18) and call upon the Plaintiff to prove the same.

19. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph nineteen (19) and call upon the Plaintiff to prove the same.

20. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty (20) and call upon the Plaintiff to prove the same.

21. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-one (21) and call upon the Plaintiff to prove the same.

22. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-two (22) and call upon the Plaintiff to prove the same.

23. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-three (23) and call upon the Plaintiff to prove the same.

24. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-four (24) and call upon the Plaintiff to prove the same.

25. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-five (25) and call upon the Plaintiff to prove the same.

26. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-six (26) and call upon the Plaintiff to prove the same.

27. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-seven (27) and call upon the Plaintiff to prove the same.

28. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-eight (28) and call upon the Plaintiff to prove the same.

29. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph twenty-nine (29) and call upon the Plaintiff to prove the same.

30. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty (30) and call upon the Plaintiff to prove the same.

31. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-one (31) and call upon the Plaintiff to prove the same.

32. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-two (32) and call upon the Plaintiff to prove the same.

33. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-three (33) and call upon the Plaintiff to prove the same.

34. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-four (34) and call upon the Plaintiff to prove the same.

35. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-five (35) and call upon the Plaintiff to prove the same.

36. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph thirty-six (36) and call upon the Plaintiff to prove the same.

37. The allegations of paragraph thirty-seven (37) are admitted.

38. The allegations of paragraph thirty-eight (38) are admitted.

39. The allegations of paragraph thirty-nine (39) are admitted.

40. The allegations of paragraph forty (40) are admitted.

41. The allegations of paragraph forty-one (41) are denied.

## III.    Jurisdiction

42. The allegations of paragraph forty-two (42) can neither be admitted nor denied as they state conclusions of law rather than factual assertions. To the extent the allegations apply, the Defendants deny.

43. The allegations of paragraph forty-three (43) can neither be admitted nor denied as they state conclusions of law rather than factual assertions. To the extent the allegations apply, the Defendants deny.

44. The allegations of paragraph forty-four (44) can neither be admitted nor denied as they state conclusions of law rather than factual assertions. To the extent the allegations apply, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph forty-four (44) and call upon the Plaintiff to prove the same.

45. The allegations of paragraph forty-five (45) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

46. The allegations of paragraph forty-six (46) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

47. The allegations of paragraph forty-seven (47) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

48. The allegations of paragraph forty-eight (48) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

49. The allegations of paragraph forty-nine (49) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

50. The allegations of paragraph fifty (50) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

51. The allegations of paragraph fifty-one (51) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

52. The allegations of paragraph fifty-two (52) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

53. The allegations of paragraph fifty-three (53) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

54. The allegations of paragraph fifty-four (54) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

55. The allegations of paragraph fifty-five (55) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

## IV.    Venue

56. The allegations of paragraph fifty-six (56) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

57. The allegations of paragraph fifty-seven (57) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

## V.    Factual Allegations

58. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph fifty-eight (58) and call upon the Plaintiff to prove the same.

59. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph fifty-nine (59) and call upon the Plaintiff to prove the same.

60. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty (60) and call upon the Plaintiff to prove the same.

61. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-one (61) and call upon the Plaintiff to prove the same.

62. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-two (62) and call upon the Plaintiff to prove the same.

63. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-three (63) and call upon the Plaintiff to prove the same.

64. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-four (64) and call upon the Plaintiff to prove the same.

65. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-five (65) and call upon the Plaintiff to prove the same.

66. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-six (66) and call upon the Plaintiff to prove the same.

67. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-seven (67) and call upon the Plaintiff to prove the same.

68. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-eight (68) and call upon the Plaintiff to prove the same.

69. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph sixty-nine (69) and call upon the Plaintiff to prove the same.

70. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy (70) and call upon the Plaintiff to prove the same.

71. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-one (71) and call upon the Plaintiff to prove the same.

72. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-two (72) and call upon the Plaintiff to prove the same.

73. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-three (73) and call upon the Plaintiff to prove the same.

74. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-four (74) and call upon the Plaintiff to prove the same.

75. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-five (75) and call upon the Plaintiff to prove the same.

76. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-six (76) and call upon the Plaintiff to prove the same.

77. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-seven (77) and call upon the Plaintiff to prove the same.

78. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-eight (78) and call upon the Plaintiff to prove the same.

79. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph seventy-nine (79) and call upon the Plaintiff to prove the same.

80. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty (80) and call upon the Plaintiff to prove the same.

81. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-one (81) and call upon the Plaintiff to prove the same.

82. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-two (82) and call upon the Plaintiff to prove the same.

83. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-three (83) and call upon the Plaintiff to prove the same.

84. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-four (84) and call upon the Plaintiff to prove the same.

85. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-five (85) and call upon the Plaintiff to prove the same.

86. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-six (86) and call upon the Plaintiff to prove the same.

87. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-seven (87) and call upon the Plaintiff to prove the same.

88. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-eight (88) and call upon the Plaintiff to prove the same.

89. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph eighty-nine (89) and call upon the Plaintiff to prove the same.

90. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety (90) and call upon the Plaintiff to prove the same.

91. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-one (91) and call upon the Plaintiff to prove the same.

92. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-two (92) and call upon the Plaintiff to prove the same.

93. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-three (93) and call upon the Plaintiff to prove the same.

94. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-four (94) and call upon the Plaintiff to prove the same.

95. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-five (95) and call upon the Plaintiff to prove the same.

96. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-six (96) and call upon the Plaintiff to prove the same.

97. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-seven (97) and call upon the Plaintiff to prove the same.

98. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-eight (98) and call upon the Plaintiff to prove the same.

99. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph ninety-nine (99) and call upon the Plaintiff to prove the same.

100.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred (100) and call upon the Plaintiff to prove the same.

101.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and one (101) and call upon the Plaintiff to prove the same.

102.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and two (102) and call upon the Plaintiff to prove the same.

103.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and three (103) and call upon the Plaintiff to prove the same.

104.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and four (104) and call upon the Plaintiff to prove the same.

105.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and five (105) and call upon the Plaintiff to prove the same.

106.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and six (106) and call upon the Plaintiff to prove the same.

107.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seven (107) and call upon the Plaintiff to prove the same.

108.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eight (108) and call upon the Plaintiff to prove the same.

109.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and nine (109) and call upon the Plaintiff to prove the same.

110.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ten (110) and call upon the Plaintiff to prove the same.

111.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eleven (111) and call upon the Plaintiff to prove the same.

112.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twelve (112) and call upon the Plaintiff to prove the same.

113.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirteen (113) and call upon the Plaintiff to prove the same.

114.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fourteen (114) and call upon the Plaintiff to prove the same.

115.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifteen (115) and call upon the Plaintiff to prove the same.

116.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixteen (116) and call upon the Plaintiff to prove the same.

117.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventeen (117) and call upon the Plaintiff to prove the same.

118.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighteen (118) and call upon the Plaintiff to prove the same.

119.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and nineteen (119) and call upon the Plaintiff to prove the same.

120.  The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty (120) and call upon the Plaintiff to prove the same.

121. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-one (121) and call upon the Plaintiff to prove the same.

122. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-two (122) and call upon the Plaintiff to prove the same.

123. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-three (123) and call upon the Plaintiff to prove the same.

124. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-four (124) and call upon the Plaintiff to prove the same.

125. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-five (125) and call upon the Plaintiff to prove the same.

126. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-six (126) and call upon the Plaintiff to prove the same.

127. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-seven (127) and call upon the Plaintiff to prove the same.

128. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-eight (128) and call upon the Plaintiff to prove the same.

129. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and twenty-nine (129) and call upon the Plaintiff to prove the same.

130. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty (130) and call upon the Plaintiff to prove the same.

131. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-one (131) and call upon the Plaintiff to prove the same.

132.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-two (132) and call upon the Plaintiff to prove the same.

133.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-three (133) and call upon the Plaintiff to prove the same.

134.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-four (134) and call upon the Plaintiff to prove the same.

135.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-five (135) and call upon the Plaintiff to prove the same.

136.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-six (136) and call upon the Plaintiff to prove the same.

137.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-seven (137) and call upon the Plaintiff to prove the same.

138.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-eight (138) and call upon the Plaintiff to prove the same.

139.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and thirty-nine (139) and call upon the Plaintiff to prove the same.

140.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty (140) and call upon the Plaintiff to prove the same.

141.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-one (141) and call upon the Plaintiff to prove the same.

142.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-two (142) and call upon the Plaintiff to prove the same.

143.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-three (143) and call upon the Plaintiff to prove the same.

144.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-four (144) and call upon the Plaintiff to prove the same.

145.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-five (145) and call upon the Plaintiff to prove the same.

146.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-six (146) and call upon the Plaintiff to prove the same.

147.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-seven (147) and call upon the Plaintiff to prove the same.

148.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-eight (148) and call upon the Plaintiff to prove the same.

149.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and forty-nine (149) and call upon the Plaintiff to prove the same.

150.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty (150) and call upon the Plaintiff to prove the same.

151.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-one (151) and call upon the Plaintiff to prove the same.

152.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-two (152) and call upon the Plaintiff to prove the same.

153.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-three (153) and call upon the Plaintiff to prove the same.

154.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-four (154) and call upon the Plaintiff to prove the same.

155.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-five (155) and call upon the Plaintiff to prove the same.

156.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-six (156) and call upon the Plaintiff to prove the same.

157.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-seven (157) and call upon the Plaintiff to prove the same.

158.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-eight (158) and call upon the Plaintiff to prove the same.

159.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and fifty-nine (159) and call upon the Plaintiff to prove the same.

160.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty (160) and call upon the Plaintiff to prove the same.

161.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-one (161) and call upon the Plaintiff to prove the same.

162.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-two (162) and call upon the Plaintiff to prove the same.

163.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-three (163) and call upon the Plaintiff to prove the same.

164.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-four (164) and call upon the Plaintiff to prove the same.

165.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-five (165) and call upon the Plaintiff to prove the same.

166.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-six (166) and call upon the Plaintiff to prove the same.

167.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-seven (167) and call upon the Plaintiff to prove the same.

168.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-eight (168) and call upon the Plaintiff to prove the same.

169.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and sixty-nine (169) and call upon the Plaintiff to prove the same.

170.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy (170) and call upon the Plaintiff to prove the same.

171.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-one (171) and call upon the Plaintiff to prove the same.

172.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-two (172) and call upon the Plaintiff to prove the same.

173.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-three (173) and call upon the Plaintiff to prove the same.

174.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-four (174) and call upon the Plaintiff to prove the same.

175.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-five (175) and call upon the Plaintiff to prove the same.

16

176.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-six (176) and call upon the Plaintiff to prove the same.

177.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-seven (177) and call upon the Plaintiff to prove the same.

178.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-eight (178) and call upon the Plaintiff to prove the same.

179.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and seventy-nine (179) and call upon the Plaintiff to prove the same.

180.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty (180) and call upon the Plaintiff to prove the same.

181.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-one (181) and call upon the Plaintiff to prove the same.

182.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-two (182) and call upon the Plaintiff to prove the same.

183.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-three (183) and call upon the Plaintiff to prove the same.

184.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-four (184) and call upon the Plaintiff to prove the same.

185.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-five (185) and call upon the Plaintiff to prove the same.

186.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-six (186) and call upon the Plaintiff to prove the same.

187.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-seven (187) and call upon the Plaintiff to prove the same.

188.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-eight (188) and call upon the Plaintiff to prove the same.

189.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and eighty-nine (189) and call upon the Plaintiff to prove the same.

190.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety (190) and call upon the Plaintiff to prove the same.

191.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-one (191) and call upon the Plaintiff to prove the same.

192.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-two (192) and call upon the Plaintiff to prove the same.

193.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-three (193) and call upon the Plaintiff to prove the same.

194.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-four (194) and call upon the Plaintiff to prove the same.

195.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-five (195) and call upon the Plaintiff to prove the same.

196.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph one hundred and ninety-six (196) and call upon the Plaintiff to prove the same.

197.    The allegations of paragraph one hundred and ninety-seven (197) are admitted.

198.    The allegations of paragraph one hundred and ninety-eight (198) are denied.

199.    The Defendants submit that the DBP speaks for itself.

18

200. The Defendants submit that the DBP speaks for itself.

201. The Defendants submit that the DBP speaks for itself.

202. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and two (202) and call upon the Plaintiff to prove the same.

203. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and three (203) and call upon the Plaintiff to prove the same.

204. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and four (204) and call upon the Plaintiff to prove the same.

205. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and five (205) and call upon the Plaintiff to prove the same.

206. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and six (206) and call upon the Plaintiff to prove the same.

207. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seven (207) and call upon the Plaintiff to prove the same.

208. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eight (208) and call upon the Plaintiff to prove the same.

209. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and nine (209) and call upon the Plaintiff to prove the same.

210. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ten (210) and call upon the Plaintiff to prove the same.

211. The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eleven (211) and call upon the Plaintiff to prove the same.

212. The allegations of paragraph two hundred and twelve (212) are admitted.

213.     The allegations of paragraph two hundred and thirteen (213) are denied.

214.     The allegations of paragraph two hundred and fourteen (214) are admitted.

215.     The Defendants submit that the Vehicle's Warranty Book speaks for itself. It is denied that BHCC told Plaintiff that his warranty would not be approved.

216.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixteen (216) and call upon the Plaintiff to prove the same.

217.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventeen (217) and call upon the Plaintiff to prove the same.

218.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighteen (218) and call upon the Plaintiff to prove the same.

219.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and nineteen (219) and call upon the Plaintiff to prove the same.

220.     The allegations of paragraph two hundred and twenty (220) are admitted.

221.     The Defendants can neither admit nor deny the allegations of paragraph two hundred and twenty-one (221) and call upon the Plaintiff to prove the same. It is admitted that the vehicle was towed to BHCC.

222.     The allegations of paragraph two hundred and twenty-two (222) are denied.

223.     The allegations of paragraph two hundred and twenty-three (223) are admitted.

224.     The allegations of paragraph two hundred and twenty-four (224) are admitted.

225.     The allegations of paragraph two hundred and twenty-five (225) are denied.

226.     The allegations of paragraph two hundred and twenty-six (226) are denied.

227.     The allegations of paragraph two hundred and twenty-seven (227) are admitted.

228.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and twenty-eight (228) and call upon the Plaintiff to prove the same.

229.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and twenty-nine (229) and call upon the Plaintiff to prove the same.

230.	The allegations of paragraph two hundred and thirty (230) are denied.

231.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-one (231) and call upon the Plaintiff to prove the same.

232.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-two (232) and call upon the Plaintiff to prove the same.

233.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-three (233) and call upon the Plaintiff to prove the same.

234.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-four (234) and call upon the Plaintiff to prove the same.

235.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-five (235) and call upon the Plaintiff to prove the same.

236.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-six (236) and call upon the Plaintiff to prove the same.

237.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-seven (237) and call upon the Plaintiff to prove the same.

238.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-eight (238) and call upon the Plaintiff to prove the same.

239.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and thirty-nine (239) and call upon the Plaintiff to prove the same.

240.	The Defendants neither admit nor deny and leave the Plaintiff to his proof.

241.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-one (241) and call upon the Plaintiff to prove the same.

242.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-two (242) and call upon the Plaintiff to prove the same.

243.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-three (243) and call upon the Plaintiff to prove the same.

244.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-four (244) and call upon the Plaintiff to prove the same.

245.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-five (245) and call upon the Plaintiff to prove the same.

246.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-six (246) and call upon the Plaintiff to prove the same.

247.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-seven (247) and call upon the Plaintiff to prove the same.

248.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-eight (248) and call upon the Plaintiff to prove the same.

249.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and forty-nine (249) and call upon the Plaintiff to prove the same.

250.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty (250) and call upon the Plaintiff to prove the same.

251.     The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-one (251) and call upon the Plaintiff to prove the same.

252.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-two (252) and call upon the Plaintiff to prove the same.

253.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-three (253) and call upon the Plaintiff to prove the same.

254.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-four (254) and call upon the Plaintiff to prove the same.

255.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-five (255) and call upon the Plaintiff to prove the same.

256.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-six (256) and call upon the Plaintiff to prove the same.

257.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-seven (257) and call upon the Plaintiff to prove the same.

258.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-eight (258) and call upon the Plaintiff to prove the same.

259.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and fifty-nine (259) and call upon the Plaintiff to prove the same.

260.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty (260) and call upon the Plaintiff to prove the same.

261.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-one (261) and call upon the Plaintiff to prove the same.

262.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-two (262) and call upon the Plaintiff to prove the same.

263.      The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-three (263) and call upon the Plaintiff to prove the same.

264.      The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-four (264) and call upon the Plaintiff to prove the same.

## VI.     Factual Allegations Common to All Rico Counts

265.      The allegations of paragraph two hundred sixty-five (265) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

266.      The allegations of paragraph two hundred and sixty-six (266) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

267.      The allegations of paragraph two hundred and sixty-seven (267) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-seven (267) and call upon the Plaintiff to prove the same.

268.      The allegations of paragraph two hundred and sixty-eight (268) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and sixty-eight (268) and call upon the Plaintiff to prove the same.

269.      The allegations of paragraph two hundred and sixty-nine (269) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

270.      The allegations of paragraph two hundred and seventy (270) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy (270) and call upon the Plaintiff to prove the same.

271.      The allegations of paragraph two hundred and seventy-one (271) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-one (271) and call upon the Plaintiff to prove the same.

272.    The allegations of paragraph two hundred and seventy-two (272) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-two (272) and call upon the Plaintiff to prove the same.

273.    The allegations of paragraph two hundred and seventy-three (273) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-three (273) and call upon the Plaintiff to prove the same.

274.    The allegations of paragraph two hundred and seventy-four (274) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-four (274) and call upon the Plaintiff to prove the same.

275.    The allegations of paragraph two hundred and seventy-five (275) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-five (275) and call upon the Plaintiff to prove the same.

276.    The allegations of paragraph two hundred and seventy-six (276) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-six (276) and call upon the Plaintiff to prove the same.

277.    The allegations of paragraph two hundred and seventy-seven (277) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-seven (277) and call upon the Plaintiff to prove the same.

278.    The allegations of paragraph two hundred and seventy-eight (278) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and seventy-eight (278) and call upon the Plaintiff to prove the same.

279.    The allegations of paragraph two hundred and seventy-nine (279) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief

as to the truth of the averments of paragraph two hundred and seventy-nine (279) and call upon the Plaintiff to prove the same.

280.	The allegations of paragraph two hundred and eighty (280) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty (280) and call upon the Plaintiff to prove the same.

281.	The allegations of paragraph two hundred and eighty-one (281) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-one (281) and call upon the Plaintiff to prove the same.

282.	The allegations of paragraph two hundred and eighty-two (282) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-two (282) and call upon the Plaintiff to prove the same.

283.	The allegations of paragraph two hundred and eighty-three (283) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of paragraph two hundred and eighty-three (283) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

284.	The allegations of paragraph two hundred and eighty-four (284) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-four (284) and call upon the Plaintiff to prove the same.

285.	The allegations of paragraph two hundred and eighty-five (285) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-five (285) and call upon the Plaintiff to prove the same.

286.	The allegations of paragraph two hundred and eighty-six (286) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-six (286) and call upon the Plaintiff to prove the same.

287.	The allegations of paragraph two hundred and eighty-seven (287) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be

required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-seven (287) and call upon the Plaintiff to prove the same.

288.    The allegations of paragraph two hundred and eighty-eight (288) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-eight (288) and call upon the Plaintiff to prove the same.

289.    The allegations of paragraph two hundred and eighty-nine (289) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and eighty-nine (289) and call upon the Plaintiff to prove the same.

290.    The allegations of paragraph two hundred and ninety (290) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety (290) and call upon the Plaintiff to prove the same.

291.    The allegations of paragraph two hundred and ninety-one (291) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-one (291) and call upon the Plaintiff to prove the same.

292.    The allegations of paragraph two hundred and ninety-two (292) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-two (292) and call upon the Plaintiff to prove the same.

293.    The allegations of paragraph two hundred and ninety-three (293) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-three (293) and call upon the Plaintiff to prove the same.

294.    The allegations of paragraph two hundred and ninety-four (294) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-four (294) and call upon the Plaintiff to prove the same.

295.      The allegations of paragraph two hundred and ninety-five (295) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-five (295) and call upon the Plaintiff to prove the same.

296.      The allegations of paragraph two hundred and ninety-six (296) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-six (296) and call upon the Plaintiff to prove the same.

297.      The allegations of paragraph two hundred and ninety-seven (297) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-seven (297) and call upon the Plaintiff to prove the same.

298.      The allegations of paragraph two hundred and ninety-eight (298) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-eight (298) and call upon the Plaintiff to prove the same.

299.      The allegations of paragraph two hundred and ninety-nine (299) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph two hundred and ninety-nine (299) and call upon the Plaintiff to prove the same.

300.      The allegations of paragraph three hundred (300) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred (300) and call upon the Plaintiff to prove the same.

301.      The allegations of paragraph three hundred and one (301) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and one (301) and call upon the Plaintiff to prove the same.

302.      The allegations of paragraph three hundred and two (302) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the

truth of the averments of paragraph three hundred and two (302) and call upon the Plaintiff to prove the same.

303. The allegations of paragraph three hundred and three (303) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and three (303) and call upon the Plaintiff to prove the same.

304. The allegations of paragraph three hundred and four (304) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and four (304) and call upon the Plaintiff to prove the same.

305. The allegations of paragraph three hundred and five (305) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and five (305) and call upon the Plaintiff to prove the same.

306. The allegations of paragraph three hundred and six (306) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and six (306) and call upon the Plaintiff to prove the same.

307. The allegations of paragraph three hundred and seven (307) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and seven (307) and call upon the Plaintiff to prove the same.

308. The allegations of paragraph three hundred and eight (308) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and eight (308) and call upon the Plaintiff to prove the same.

309. The allegations of paragraph three hundred and nine (309) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and nine (309) and call upon the Plaintiff to prove the same.

310.     The allegations of paragraph three hundred and ten (310) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and ten (310) and call upon the Plaintiff to prove the same.

311.     The allegations of paragraph three hundred and eleven (311) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and eleven (311) and call upon the Plaintiff to prove the same.

312.     The allegations of paragraph three hundred and twelve (312) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twelve (312) and call upon the Plaintiff to prove the same.

313.     The allegations of paragraph three hundred and thirteen (313) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and thirteen (313) and call upon the Plaintiff to prove the same.

314.     The allegations of paragraph three hundred and fourteen (314) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and fourteen (314) and call upon the Plaintiff to prove the same.

315.     The allegations of paragraph three hundred and fifteen (315) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and fifteen (315) and call upon the Plaintiff to prove the same.

316.     The allegations of paragraph three hundred and sixteen (316) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and sixteen (316) and call upon the Plaintiff to prove the same.

317.     The allegations of paragraph three hundred and seventeen (317) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief

as to the truth of the averments of paragraph three hundred and seventeen (317) and call upon the Plaintiff to prove the same.

318.    The allegations of paragraph three hundred and eighteen (318) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and eighteen (318) and call upon the Plaintiff to prove the same.

319.    The allegations of paragraph three hundred and nineteen (319) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and nineteen (319) and call upon the Plaintiff to prove the same.

320.    The allegations of paragraph three hundred and twenty (320) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty (320) and call upon the Plaintiff to prove the same.

321.    The allegations of paragraph three hundred and twenty-one (321) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-one (321) and call upon the Plaintiff to prove the same.

322.    The allegations of paragraph three hundred and twenty-two (322) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-two (322) and call upon the Plaintiff to prove the same.

323.    The allegations of paragraph three hundred and twenty-three (323) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-three (323) and call upon the Plaintiff to prove the same.

324.    The allegations of paragraph three hundred and twenty-four (324) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-four (324) and call upon the Plaintiff to prove the same.

325.    The allegations of paragraph three hundred and twenty-five (325) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-five (325) and call upon the Plaintiff to prove the same.

326.    The allegations of paragraph three hundred and twenty-six (326) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-six (326) and call upon the Plaintiff to prove the same.

327.    The allegations of paragraph three hundred and twenty-seven (327) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-seven (327) and call upon the Plaintiff to prove the same.

328.    The allegations of paragraph three hundred and twenty-eight (328) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of paragraph three hundred and twenty-eight (328) and call upon the Plaintiff to prove the same.

## VII.    Causes of Action

### COUNT ONE – Violation of RICO Act, 18 U.S.C. § 1962( c ) (Conduct of Participation) (Against CAC, CCC, Gravina 1, Gravino 2, and WEC)

329.    The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and twenty-eight (328) of this Answer.

330.    The allegations of Count I, paragraph three hundred and thirty (330) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty (330) and call upon the Plaintiff to prove the same.

331.    The allegations of Count I, paragraph three hundred and thirty-one (331) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-one (331) and call upon the Plaintiff to prove the same.

332.    The allegations of Count I, paragraph three hundred and thirty-two (332) are not directed at these Defendants; therefore, a response is not required. Should a responsive

pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-two (332) and call upon the Plaintiff to prove the same.

333.    The allegations of Count I, paragraph three hundred and thirty-three (333) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count I, paragraph three hundred and thirty-three (333) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

334.    The allegations of Count I, paragraph three hundred and thirty-four (334) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count I, paragraph three hundred and thirty-four (334) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

335.    The allegations of Count I, paragraph three hundred and thirty-five (335) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-five (335) and call upon the Plaintiff to prove the same.

336.    The allegations of Count I, paragraph three hundred and thirty-six (336) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-six (336) and call upon the Plaintiff to prove the same.

337.    The allegations of Count I, paragraph three hundred and thirty-seven (337) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-seven (337) and call upon the Plaintiff to prove the same.

338.    The allegations of Count I, paragraph three hundred and thirty-eight (338) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count I, paragraph three hundred and thirty-eight (338) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

**COUNT TWO – Violation of RICO Act, 18 U.S.C. § 1962 ( d ) (Conspiracy)**
**(Against CAC, CCC, Gravina 1, Gravina 2, Gravina 3 and WEC)**

339.     The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and thirty-eight (338) of this Answer.

340.     The allegations of Count II, paragraph three hundred and forty (340) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count II, paragraph three hundred and forty (340) and call upon the Plaintiff to prove the same.

341.     The allegations of Count II, paragraph three hundred and forty-one (341) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count II, paragraph three hundred and forty-one (341) and call upon the Plaintiff to prove the same.

342.     The allegations of Count II, paragraph three hundred and forty-two (342) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count II, paragraph three hundred and forty-two (342) and call upon the Plaintiff to prove the same.

343.     The allegations of Count II, paragraph three hundred and forty-three (343) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count II, paragraph three hundred and forty-three (343) and call upon the Plaintiff to prove the same.

344.     The allegations of Count II, paragraph three hundred and forty-four (344) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count II, paragraph three hundred and forty-four (344) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

**COUNT THREE – Violation of Mass. Gen. Laws ch. 231 § 85J (Fraud or Deceit in Sale of Personal Property)**
**(Against CAC, CCC, Gravina 1, Gravina 2 and WEC)**

345.     The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and forty-four (344) of this Answer.

346.	The allegations of Count III, paragraph three hundred and forty-six (346) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and forty-six (346) and call upon the Plaintiff to prove the same.

347.	The allegations of Count III, paragraph three hundred and forty-seven (347) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and forty-seven (347) and call upon the Plaintiff to prove the same.

348.	The allegations of Count III, paragraph three hundred and forty-eight (348) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and forty-eight (348) and call upon the Plaintiff to prove the same.

349.	The allegations of Count III, paragraph three hundred and forty-nine (349) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and forty-nine (349) and call upon the Plaintiff to prove the same.

350.	The allegations of Count III, paragraph three hundred and fifty (350) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty (350) and call upon the Plaintiff to prove the same.

351.	The allegations of Count III, paragraph three hundred and fifty-one (351) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty-one (351) and call upon the Plaintiff to prove the same.

352.	The allegations of Count III, paragraph three hundred and fifty-two (352) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty-two (352) and call upon the Plaintiff to prove the same.

353.	The allegations of Count III, paragraph three hundred and fifty-three (353) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty-three (353) and call upon the Plaintiff to prove the same.

354.    The allegations of Count III, paragraph three hundred and fifty-four (354) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty-four (354) and call upon the Plaintiff to prove the same.

355.    The allegations of Count III, paragraph three hundred and fifty-five (355) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count III, paragraph three hundred and fifty-five (355) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT FOUR – Violation of Truth in Lending Act, 15 U.S.C. § 1601 et seq., and Consumer Credit Cost Disclosure Act, Mass. Gen. Laws ch. 140D
### (Against CAC)

356.    The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and fifty-five (355) of this Answer.

357.    The allegations of Count IV, paragraph three hundred and fifty-seven (357) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and fifty-seven (357) and call upon the Plaintiff to prove the same.

358.    The allegations of Count IV, paragraph three hundred and fifty-eight (358) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and fifty-eight (358) and call upon the Plaintiff to prove the same.

359.    The allegations of Count IV, paragraph three hundred and fifty-nine (359) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and fifty-nine (359) and call upon the Plaintiff to prove the same.

360.    The allegations of Count IV, paragraph three hundred and sixty (360) are not directed at these Defendants; therefore, a response is not required. Should a responsive

pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and sixty (360) and call upon the Plaintiff to prove the same.

361.    The allegations of Count IV, paragraph three hundred and sixty-one (361) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and sixty-one (361) and call upon the Plaintiff to prove the same.

362.    The allegations of Count IV, paragraph three hundred and sixty-two (362) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IV, paragraph three hundred and sixty-two (362) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## COUNT FIVE – Violation of Fair Credit Reporting Act, 15 U.S.C. §§ 1681 – 1681x, and Consumer Reporting Act, Mass, Gen. Laws ch. 93, § 50-56
### (Against CAC)

363.    The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and sixty-two (362) of this Answer.

364.    The allegations of Count V, paragraph three hundred and sixty-four (364) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count V, paragraph three hundred and sixty-four (364) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

365.    The allegations of Count V, paragraph three hundred and sixty-five (365) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count V, paragraph three hundred and sixty-five (365) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

366.    The allegations of Count V, paragraph three hundred and sixty-six (366) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and sixty-six (366) and call upon the Plaintiff to prove the same.

367.    The allegations of Count V, paragraph three hundred and sixty-seven (367) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and sixty-seven (367) and call upon the Plaintiff to prove the same.

368.    The allegations of Count V, paragraph three hundred and sixty-eight (368) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and sixty-eight (368) and call upon the Plaintiff to prove the same.

369.    The allegations of Count V, paragraph three hundred and sixty-nine (369) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and sixty-nine (369) and call upon the Plaintiff to prove the same.

370.    The allegations of Count V, paragraph three hundred and seventy (370) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy (370) and call upon the Plaintiff to prove the same.

371.    The allegations of Count V, paragraph three hundred and seventy-one (371) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-one (371) and call upon the Plaintiff to prove the same.

372.    The allegations of Count V, paragraph three hundred and seventy-two (372) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-two (372) and call upon the Plaintiff to prove the same.

373.    The allegations of Count V, paragraph three hundred and seventy-three (373) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-three (373) and call upon the Plaintiff to prove the same.

374.    The allegations of Count V, paragraph three hundred and seventy-four (374) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-four (374) and call upon the Plaintiff to prove the same.

375.    The allegations of Count V, paragraph three hundred and seventy-five (375) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-five (375) and call upon the Plaintiff to prove the same.

376.    The allegations of Count V, paragraph three hundred and seventy-six (376) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-six (376) and call upon the Plaintiff to prove the same.

377.    The allegations of Count V, paragraph three hundred and seventy-seven (377) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-seven (377) and call upon the Plaintiff to prove the same.

378.    The allegations of Count V, paragraph three hundred and seventy-eight (378) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-eight (378) and call upon the Plaintiff to prove the same.

379.    The allegations of Count V, paragraph three hundred and seventy-nine (379) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and seventy-nine (379) and call upon the Plaintiff to prove the same.

380.    The allegations of Count V, paragraph three hundred and eighty (380) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count V, paragraph three hundred and eighty (380) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## COUNT SIX – Defamation
### (Against CAC)

381. The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and eighty (380) of this Answer.

382. The allegations of Count VI, paragraph three hundred and eighty-two (382) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-two (382) and call upon the Plaintiff to prove the same.

383. The allegations of Count VI, paragraph three hundred and eighty-three (383) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-three (383) and call upon the Plaintiff to prove the same.

384. The allegations of Count VI, paragraph three hundred and eighty-four (384) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-four (384) and call upon the Plaintiff to prove the same.

385. The allegations of Count VI, paragraph three hundred and eighty-five (385) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-five (385) and call upon the Plaintiff to prove the same.

386. The allegations of Count VI, paragraph three hundred and eighty-six (386) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-six (386) and call upon the Plaintiff to prove the same.

387. The allegations of Count VI, paragraph three hundred and eighty-seven (387) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-seven (387) and call upon the Plaintiff to prove the same.

388. The allegations of Count VI, paragraph three hundred and eighty-eight (388) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-eight (388) and call upon the Plaintiff to prove the same.

389. The allegations of Count VI, paragraph three hundred and eighty-nine (389) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and eighty-nine (389) and call upon the Plaintiff to prove the same.

390. The allegations of Count VI, paragraph three hundred and ninety (390) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and ninety (390) and call upon the Plaintiff to prove the same.

391. The allegations of Count VI, paragraph three hundred and ninety-one (391) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VI, paragraph three hundred and ninety-one (391) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT SEVEN – Invasion of Privacy, Mass. Gen. Laws ch. 214, § 1B
### (Against CAC)

392. The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and ninety-one (391) of this Answer.

393. The allegations of Count VII, paragraph three hundred and ninety-three (393) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VII, paragraph three hundred and ninety-three (393) and call upon the Plaintiff to prove the same.

394. The allegations of Count VII, paragraph three hundred and ninety-four (394) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VII, paragraph three hundred and ninety-four (394) and call upon the Plaintiff to prove the same.

395. The allegations of Count VII, paragraph three hundred and ninety-five (395) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count VII, paragraph three hundred and ninety-five (395) and call upon the Plaintiff to prove the same.

396.    The allegations of Count VII, paragraph three hundred and ninety-six (396) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VII, paragraph three hundred and ninety-six (396) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT EIGHT – Breach of Implied Warranty of Merchantability, M.G.L. ch. 106, § 2-314
### (Against CCC, HMA, HATC and HMMA)

397.    The Defendants reallege and incorporate their answers to paragraphs one (1) through three hundred and ninety-seven (397) of this Answer.

398.    The allegations of Count VIII, paragraph three hundred and ninety-eight (398) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

399.    The allegations of Count VIII, paragraph three hundred and ninety-nine (399) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

400.    The allegations of Count VIII, paragraph four hundred (400) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

401.    The allegations of Count VIII, paragraph four hundred and one (401) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VIII, paragraph four hundred and one (401) and call upon the Plaintiff to prove the same.

402.    The allegations of Count VIII, paragraph four hundred and two (402) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VIII, paragraph four hundred and two (402) and call upon the Plaintiff to prove the same.

403.    The allegations of Count VIII, paragraph four hundred and three (403) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

42

form a belief as to the truth of the averments of Count VIII, paragraph four hundred and three (403) and call upon the Plaintiff to prove the same.

404.     The allegations of Count VIII, paragraph four hundred and four (404) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VIII, paragraph four hundred and four (404) and call upon the Plaintiff to prove the same.

405.     The allegations of Count VIII, paragraph four hundred and five (405) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VIII, paragraph four hundred and five (405) and call upon the Plaintiff to prove the same.

406.     The allegations of Count VIII, paragraph four hundred and six (406) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count VIII, paragraph four hundred and six (406) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## COUNT NINE – Breach of Implied Warranty of Fitness for a Particular Purpose, M.G.L. ch. 106 § 2-315
### (Against CCC, HMA, HATC and HMMA)

407.     The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and six (406) of this Answer.

408.     The allegations of Count IX, paragraph four hundred and eight (408) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IX, paragraph four hundred and eight (408) and call upon the Plaintiff to prove the same.

409.     The allegations of Count IX, paragraph four hundred and nine (409) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count IX, paragraph four hundred and nine (409) and call upon the Plaintiff to prove the same.

43

WHEREFORE, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## COUNT TEN – Violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq.
## (Against CCC and HMA)

410. The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and nine (409) of this Answer.

411. The allegations of Count X, paragraph four hundred and eleven (411) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

412. The allegations of Count X, paragraph four hundred and twelve (412) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

413. The allegations of Count X, paragraph four hundred and thirteen (413) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

414. The allegations of Count X, paragraph four hundred and fourteen (414) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

415. The allegations of Count X, paragraph four hundred and fifteen (415) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

416. The allegations of Count X, paragraph four hundred and sixteen (416) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count X, paragraph four hundred and sixteen (416) and call upon the Plaintiff to prove the same.

417. The allegations of Count X, paragraph four hundred and seventeen (417) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count X, paragraph four hundred and seventeen (417) and call upon the Plaintiff to prove the same.

418. The allegations of Count X, paragraph four hundred and eighteen (418) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count X, paragraph four hundred and eighteen (418) and call upon the Plaintiff to prove the same.

419. The allegations of Count X, paragraph four hundred and nineteen (419) are denied.

44

420.	The allegations of Count X, paragraph four hundred and twenty (420) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count X, paragraph four hundred and twenty (420) and call upon the Plaintiff to prove the same.

421.	The allegations of Count X, paragraph four hundred and twenty-one (421) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count X, paragraph four hundred and twenty-one (421) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## COUNT ELEVEN – Fraudulent Misrepresentation
## (Against HMA, BMSC and BHCC)

422.	The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and twenty-one (421) of this Answer.

423.	The allegations of Count XI, paragraph four hundred and twenty-three (423) are denied.

424.	The allegations of Count XI, paragraph four hundred and twenty-four (424) are denied.

425.	The allegations of Count XI, paragraph four hundred and twenty-five (425) are denied.

426.	The allegations of Count XI, paragraph four hundred and twenty-six (426) are denied.

427.	The allegations of Count XI, paragraph four hundred and twenty-seven (427) are denied.

428.	The allegations of Count XI, paragraph four hundred and twenty-eight (428) denied.

429.	The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XI, paragraph four hundred and twenty-nine (429) and call upon the Plaintiff to prove the same.

45

430.    The Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XI, paragraph four hundred and thirty (430) and call upon the Plaintiff to prove the same.

431.    The allegations of Count XI, paragraph four hundred and thirty-one (431) are denied.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT TWELVE – Negligent Misrepresentation
### (Against HMA, BMSC and BHCC)

432.    The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and thirty-one (431) of this Answer.

433.    The allegations of Count XII, paragraph four hundred and thirty-three (433) are denied.

434.    The allegations of Count XII, paragraph four hundred and thirty-four (434) are denied

435.    The allegations of Count XII, paragraph four hundred and thirty-five (435) are denied

436.    The allegations of Count XII, paragraph four hundred and thirty-six (436) are denied

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT THIRTEEN – Negligent Supervision, Retention, Training and Hiring
### (Against BHCC and BMSC)

437.    The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and thirty-seven (437) of this Answer.

438.    The allegations of Count XIII, paragraph four hundred and thirty-eight (438) are denied.

439.    The allegations of Count XIII, paragraph four hundred and thirty-nine (439) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

440.     The allegations of Count XIII, paragraph four hundred and forty (440) are denied.

441.     The allegations of Count XIII, paragraph four hundred and forty-one (441) are denied.

442.     The allegations of Count XIII, paragraph four hundred and forty-two (442) are denied.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT FOURTEEN – Violation of Mass. Gen. Laws ch. 93A, § 9
### (Against CAC)

443.     The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred forty-two (442) of this Answer.

444.     The allegations of Count XIV, paragraph four hundred and forty-four (444) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count XIV, paragraph four hundred and forty-four (444) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

445.     The allegations of Count XIV, paragraph four hundred and forty-five (445) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred forty-five (445) and call upon the Plaintiff to prove the same.

446.     The allegations of Count XIV, paragraph four hundred and forty-six (446) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred forty-six (446) and call upon the Plaintiff to prove the same.

447.     The allegations of Count XIV, paragraph four hundred and forty-seven (447) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred forty-seven (447) and call upon the Plaintiff to prove the same.

448.     The allegations of Count XIV, paragraph four hundred and forty-eight (448) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

47

form a belief as to the truth of the averments of Count XIV, paragraph four hundred forty-eight (448) and call upon the Plaintiff to prove the same.

449. The allegations of Count XIV, paragraph four hundred and forty-nine (449) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred forty-nine (449) and call upon the Plaintiff to prove the same.

450. The allegations of Count XIV, paragraph four hundred and fifty (450) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty (450) and call upon the Plaintiff to prove the same.

451. The allegations of Count XIV, paragraph four hundred and fifty-one (451) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-one (451) and call upon the Plaintiff to prove the same.

452. The allegations of Count XIV, paragraph four hundred and fifty-two (452) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-two (452) and call upon the Plaintiff to prove the same.

453. The allegations of Count XIV, paragraph four hundred and fifty-three (453) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-three (453) and call upon the Plaintiff to prove the same.

454. The allegations of Count XIV, paragraph four hundred and fifty-four (454) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-four (454) and call upon the Plaintiff to prove the same.

455. The allegations of Count XIV, paragraph four hundred and fifty-five (455) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-five (455) and call upon the Plaintiff to prove the same.

456. The allegations of Count XIV, paragraph four hundred and fifty-six (456) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-six (456) and call upon the Plaintiff to prove the same.

457. The allegations of Count XIV, paragraph four hundred and fifty-seven (457) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XIV, paragraph four hundred fifty-seven (457) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT FIFTEEN – Violation of Mass. Gen. Laws ch. 93A § 9
### (Against CAC)

458. The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and fifty-eight (458) of this Answer.

459. The allegations of Count XV, paragraph four hundred and fifty-nine (459) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred fifty-nine (459) and call upon the Plaintiff to prove the same.

460. The allegations of Count XV, paragraph four hundred and sixty (460) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred fifty-sixty (460) and call upon the Plaintiff to prove the same.

461. The allegations of Count XV, paragraph four hundred and sixty-one (461) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred sixty-one (461) and call upon the Plaintiff to prove the same.

462. The allegations of Count XV, paragraph four hundred and sixty-two (462) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-two (462) and call upon the Plaintiff to prove the same.

463.    The allegations of Count XV, paragraph four hundred and sixty-three (463) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the allegations of Count XV, paragraph four hundred and sixty-three (463) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

464.    The allegations of Count XV, paragraph four hundred and sixty-four (464) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-four (464) and call upon the Plaintiff to prove the same.

465.    The allegations of Count XV, paragraph four hundred and sixty-five (465) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-five (465) and call upon the Plaintiff to prove the same.

466.    The allegations of Count XV, paragraph four hundred and sixty-six (466) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-six (466) and call upon the Plaintiff to prove the same.

467.    The allegations of Count XV, paragraph four hundred and sixty-seven (467) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-seven (467) and call upon the Plaintiff to prove the same.

468.    The allegations of Count XV, paragraph four hundred and sixty-eight (468) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-eight (468) and call upon the Plaintiff to prove the same.

469.    The allegations of Count XV, paragraph four hundred and sixty-nine (469) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and sixty-nine (469) and call upon the Plaintiff to prove the same.

470.    The allegations of Count XV, paragraph four hundred and seventy (470) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy (470) and call upon the Plaintiff to prove the same.

471.    The allegations of Count XV, paragraph four hundred and seventy-one (471) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-one (471) and call upon the Plaintiff to prove the same.

472.    The allegations of Count XV, paragraph four hundred and seventy-two (472) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-two (472) and call upon the Plaintiff to prove the same.

473.    The allegations of Count XV, paragraph four hundred and seventy-three (473) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-three (473) and call upon the Plaintiff to prove the same.

474.    The allegations of Count XV, paragraph four hundred and seventy-four (474) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-four (474) and call upon the Plaintiff to prove the same.

475.    The allegations of Count XV, paragraph four hundred and seventy-five (475) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-five (475) and call upon the Plaintiff to prove the same.

476.    The allegations of Count XV, paragraph four hundred and seventy-six (476) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-six (476) and call upon the Plaintiff to prove the same.

477.    The allegations of Count XV, paragraph four hundred and seventy-seven (477) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XV, paragraph four hundred and seventy-seven (477) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT SIXTEEN – Violation of Mass. Gen. Laws ch. 93A, § 9
### (Against HMA)

478.    The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and seventy-seven (477) of this Answer.

479.    The allegations of Count XVI, paragraph four hundred and seventy-nine (479) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and seventy-nine (479) and call upon the Plaintiff to prove the same.

480.    The allegations of Count XVI, paragraph four hundred and eighty (480) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty (480) and call upon the Plaintiff to prove the same.

481.    The allegations of Count XVI, paragraph four hundred and eighty-one (481) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-one (481) and call upon the Plaintiff to prove the same.

482.    The allegations of Count XVI, paragraph four hundred and eighty-two (482) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-two (482) and call upon the Plaintiff to prove the same.

483.    The allegations of Count XVI, paragraph four hundred and eighty-three (483) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-three (483) and call upon the Plaintiff to prove the same.

484.    The allegations of Count XVI, paragraph four hundred and eighty-four (484) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-four (484) and call upon the Plaintiff to prove the same.

485.    The allegations of Count XVI, paragraph four hundred and eighty-five (485) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-five (485) and call upon the Plaintiff to prove the same.

486.    The allegations of Count XVI, paragraph four hundred and eighty-six (486) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-six (486) and call upon the Plaintiff to prove the same.

487.    The allegations of Count XVI, paragraph four hundred and eighty-seven (487) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-seven (487) and call upon the Plaintiff to prove the same.

488.    The allegations of Count XVI, paragraph four hundred and eighty-eight (488) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-eight (488) and call upon the Plaintiff to prove the same.

489.    The allegations of Count XVI, paragraph four hundred and eighty-nine (489) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and eighty-nine (489) and call upon the Plaintiff to prove the same.

490.    The allegations of Count XVI, paragraph four hundred and ninety (490) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and ninety (490) and call upon the Plaintiff to prove the same.

491.    The allegations of Count XVI, paragraph four hundred and ninety-one (491) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVI, paragraph four hundred and ninety-one (491) and call upon the Plaintiff to prove the same.

492.    The allegations of Count XVI, paragraph four hundred and ninety-two (492) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

form a belief as to the truth of the averments of Count XVI, paragraph four hundred and ninety-two (492) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT SEVENTEEN – Mass. Gen. Laws ch. 93A § 9
### (Against HMMA)

493.     The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and ninety-three (493) of this Answer.

494.     The allegations of Count XVII, paragraph four hundred and ninety-four (494) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-four (494) and call upon the Plaintiff to prove the same.

495.     The allegations of Count XVII, paragraph four hundred and ninety-five (495) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-five (495) and call upon the Plaintiff to prove the same.

496.     The allegations of Count XVII, paragraph four hundred and ninety-six (496) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-six (496) and call upon the Plaintiff to prove the same.

497.     The allegations of Count XVII, paragraph four hundred and ninety-seven (497) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-seven (497) and call upon the Plaintiff to prove the same.

498.     The allegations of Count XVII, paragraph four hundred and ninety-eight (498) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-eight (498) and call upon the Plaintiff to prove the same.

499.     The allegations of Count XVII, paragraph four hundred and ninety-nine (499) are not directed at these Defendants; therefore, a response is not required. Should a responsive pleading be required, the Defendants are without information or knowledge sufficient to

54

form a belief as to the truth of the averments of Count XVII, paragraph four hundred and ninety-nine (499) and call upon the Plaintiff to prove the same.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

### COUNT EIGHTEEN – Mass. Gen. Laws ch. 93A, § 9
### (Against BMSC and BHCC)

500.    The Defendants reallege and incorporate their answers to paragraphs one (1) through four hundred and ninety-nine (499) of this Answer.

501.    The allegations of Count XVIII, paragraph five hundred and one (501) can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

502.    It is admitted that BMSC and BHCC are automotive dealerships. The remaining allegations of Count XVIII, paragraph five hundred and two (502) are denied.

503.    The allegations of Count XVIII, paragraph five hundred and three (503) are denied.

504.    The allegations of Count XVIII, paragraph five hundred and four (504) are denied.

505.    The allegations of Count XVIII, paragraph five hundred and five (505) are denied.

506.    The allegations of Count XVIII, paragraph five hundred and six (506) are denied.

507.    The allegations of Count XVIII, paragraph five hundred and seven (507) are denied.

508.    The allegations of Count XVIII, paragraph five hundred and eight (508) are denied.

509.    The allegations of Count XVIII, paragraph five hundred and nine (509) are admitted.

510.    The allegations of Count XVIII, paragraph five hundred and ten (510) are denied.

511.    The allegations of Count XVIII, paragraph five hundred and eleven (511) are denied.

**WHEREFORE**, The Defendants, Balise Motor Sales Company and Cape Hy, Inc. requests that this Honorable Court:

A. Deny the Plaintiffs demand for Judgment in his favor;
B. Deny all forms of damages that are recoverable at law or equity;
C. Deny the Plaintiffs request for relief as to Count Eighteen  G.L. C. 93A;

55

D. Deny the Plaintiff's demand for damages with respect to Counts Eleven, Twelve, Thirteen and Eighteen;

E. Deny awarding Attorney Fee's;

F. Deny awarding pre-judgment interest;

G. Deny further and additional relief: and

H. Demand the Plaintiff's Complaint be denied and dismissed and the Defendants, Balise Motor Sales Company and Cape Hy, Inc. be awarded costs and fees.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Defendants plead that Plaintiffs' claims are wholly insubstantial, frivolous, and not advanced in good faith.

## SECOND AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by their falsity.

## THIRD AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by the Plaintiff's failure to mitigate damages.

## FOURTH AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by an absence of legal responsibility on the part of the Defendants.

## FIFTH AFFIRMATIVE DEFENSE

Defendants plead failure to prove causation between the alleged actions of Defendant and the damages alleged in Plaintiffs' Complaint.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff did not rely upon the skill and judgment of the Defendant when he purchased the vehicle referred to in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendants, while believing that no violation c.93A, §2 has occurred, in order to prevent the recovery of attorney's fees and costs, in the event of the Court finding otherwise tenders nominal damages of one dollar ($1.00) to the Plaintiff

### EIGHTH AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred since they are based upon the alleged breach of implied or express warranties which are barred by G.L. c. 106, §2-316(b).

### NINTH AFFIRMATIVE DEFENSE

Plaintiff s MGL Ch. 93A allegation against this Defendant fails to state a cause of action against these Defendants and this Defendants reserves their right to file a Motion to Dismiss the MGL 93A claim against them once discovery has been initiated.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged have been waived.

### TWELVTH AFFIRMATIVE DEFENSE

Any express warranties were expressly disclaimed.

### THIRTEENTH AFFIRMATIVE DEFENSE

Any alleged warranties were limited or modified by the Defendants and Plaintiff cannot recover thereon.

### FOURTEENTH AFFIRMATIVE DEFENSE

The acts or omissions alleged by the Plaintiff were done with the actual or implied consent of the Plaintiff.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted in that the Plaintiff's Complaint is barred by the Economic Loss Doctrine.

### SIXTHTEENTH  AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted in that the Plaintiff has failed to plead Fraud with Particularity.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The alleged acts of the Defendants were justified under the facts and circumstances of this case and Balise Motor Sales Company and Cape HY Inc. are not legally responsible for the alleged damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged have been accorded and satisfied.

## NINETEENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted in that the Plaintiffs have failed to sufficiently plead the elements of a cause of action for negligent supervision, retention, training and hiring.

## TWENTIETH AFFIRMATIVE DEFENSE

The acts of Defendant Cape HY Inc. are justified under the facts and circumstances of this case.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendants plead that Plaintiffs have suffered no damage as a proximate cause of any action or failure to act by these Defendants.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants plead failure to prove causation between the alleged actions of Defendants and the damages alleged in Plaintiffs' Complaint.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by laches.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendants plead failure to state a claim upon which relief may be granted in that Plaintiffs have failed to sufficiently plead elements of a cause of action for Negligent Misrepresentation

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendants plead failure to state a claim upon which relief may be granted in that Plaintiffs have failed to sufficiently plead elements of a cause of action for emotional distress.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

The Defendant Balise Motor Sales Company is an improper party to this action.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged are barred pursuant to M.G.L. c. 231, § 85 because the negligence of the Plaintiffs is greater than the negligence of the Defendant

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

The process in this action is insufficient.

## TWENTY-NINETH AFFIRMATIVE DEFENSE

The service of process in this action is insufficient.

**THE DEFENDANTS RESERVE THE RIGHT TO ADD ADDITIONAL AFFIRMATIVE DEFENSES AS MORE INFORMATION BECOMES AVAILABLE.**
**THE DEFENDANTS HEREBY CLAIM A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Defendants,
Balise Motor Sales Company and  Cape Hy, Inc.,
By their attorneys,

*/s/ Lauren D. Wilkins*

_____
Lauren D. Wilkins, Esquire (#566679)
Davids & Cohen, P.C.
201 Hillside Road, Second Floor
Cranston, RI 02920
Tel: (401) 351-9970
Fax: (401) 274-6218
Email: LWilkins@Davids-Cohen.com

*/s/ Greg Mahieu*

_____
Gregory Mathieu, Esquire (#703683)
Davids & Cohen, P.C.
34 Washington Street, Suite 201
Wellesley, MA 02481
Tel: (781) 416-5055
Fax: (781) 416-4344
Email: GMathieu@Davids-Cohen.com

59

**CERTIFICATION**

I, Gregory S. Mathieu, hereby certify that on this 5th day of March, 2026, a true and correct copy of the foregoing was caused to be electronically filed with the United States District Court for the District of Massachusetts via the Court's Electronic Case Filing System (ECF) and that this document is available thereon for viewing and downloading. I also hereby certify that this document was sent via regular mail, certified mail, and electronic mail upon the following parties:

Thomas Greve (pro se)
33 Dover Street
Cranston, RI 02920
ThomGreve@gmail.com

/s/ Gregory S. Mathieu
_____