UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS GREVE, | ) | Case No. 1:25-cv-13178-AK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT ACCEPTANCE | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANT CREDIT ACCEPTANCE CORPORATION'S MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant Credit Acceptance Corporation ("Credit Acceptance") moves to dismiss the Plaintiff's Complaint and to compel arbitration or, in the alternative, to stay this action and compel arbitration, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 9 U.S.C. § 1 *et seq.* of the Federal Arbitration Act ("FAA"). Plaintiff's claims against Credit Acceptance arise out of a transaction involving interstate commerce and are subject to a contract with a binding arbitration agreement that is governed by the FAA. Thus, Credit Acceptance requests that the Counts against Credit Acceptance be dismissed (or stayed) pursuant to the FAA, and Plaintiff be compelled to arbitrate his claims as required by the contract.

*[Signatures on following pages]*

4934-0261-6727 v.1

Respectfully submitted,

Credit Acceptance Corporation,
by its attorney,


*/s/ Kevin Polansky*
Kevin Polansky (BBO# 667229)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
p.  617-217-4720
Dated: March 12, 2026                     f.  617-217-4710


## LOCAL RULE 7.1 CERTIFICATION

I, Kevin P. Polansky, hereby certify that on March 12, 2026, Plaintiff and Defendant's Counsel communicated via email, in an attempt to narrow or resolve the issues herein, and the parties could not resolve or narrow the issues.

*/s/Kevin P. Polansky*
Kevin P. Polansky


## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Kevin Polansky*

Kevin P. Polansky

4934-0261-6727 v.1