UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS GREVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 1:25-cv-13178-AK |
| | ) |
| CREDIT ACCEPTANCE | ) |
| CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT CREDIT ACCEPTANCE CORPORATION'S**
**UNOPPOSED MOTION TO CONTINUE THE CONFERENCE**

Defendant, Credit Acceptance Corporation ("Credit Acceptance") hereby moves, unopposed, to continue the June 17, 2026 scheduling conference indefinitely until the pending Motion to Dismiss and Compel Arbitration is decided. Credit Acceptance requests this continuation because if the Motion to Compel Arbitration is allowed then there will be no need for a scheduling conference as that would be handling in the arbitration.  In support of this Motion, Credit Acceptance states the following:

1.      On March 12, 2026, Credit Acceptance filed its Motion to Dismiss and Compel Arbitration. *See*, ECF No. 33.

2.      On March 26, 2026, Plaintiff Thomas Greve ("Plaintiff") filed his opposition Credit Acceptance's motion.  *See*, ECF No. 39.

3.      On April 2, 2026, Credit Acceptance filed its Reply Memorandum in support of its Motion to Dismiss and Compel Arbitration. *See* ECF No. 43.

4.      The current scheduling order set June 10, 2026 as the deadline to file a joint proposed pretrial schedule and June 17, 2026 as the Scheduling Conference.

5.      Plaintiff does not oppose this motion to continue.

6.      Given the pending Motion to Dismiss and Compel Arbitration and Reply filed by Credit Acceptance and Plaintiff's Opposition, Credit Acceptance believes it would preserve judicial economy by continuing the joint pretrial schedule and scheduling conference deadlines until the Motion to Dismiss and Compel Arbitration is decided.

WHEREFORE, Credit Acceptance respectfully request that the Court grant this Motion and continue the deadlines for the joint statement and scheduling conference until such time as the Motion to Dismiss and Compel Arbitration is decided.

Respectfully submitted,

CREDIT ACCEPTANCE CORPORATION

By its attorneys,

*/s/ Kevin P. Polansky*

Kevin P. Polansky  BBO No. 667229
Kevin.polansky@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA  02111
617-217-4700

Dated:  June 3, 2026

2

## **LOCAL RULE 7.1 CERTIFICATION**

I, Kevin P. Polansky, hereby certify that on June 3, 2026, Plaintiff and Defendant's Counsel communicated via email, and Plaintiff is unopposed to this motion.

*/s/Kevin P. Polansky*
Kevin P. Polansky

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants on the NEF and paper copies will be sent those indicated as non-registered participants on June 3, 2026.

*/s/ Kevin P. Polansky*
Kevin P. Polansky

3